No. 22-7026

In the

# United States Court of Appeals for the District of Columbia Circuit

_____

LORI E. TERRELL,

*Plaintiff-Appellant,*

v.

MR. COOPER GROUP, INC.; DOES (1-50),

*Defendants-Appellees.*

_____

On Appeal from the United States District Court for the
District of Columbia
Hon. Colleen Kollar-Kotelly
Case No. 1:20-cv-00496-CKK

---

**APPELLEE'S CORPORATE DISCLOSURE STATEMENT**

Appellee Mr. Cooper Group, Inc.[1], by and through its undersigned counsel, submits the following disclosure statement under Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1:

---

[1] Below, Appellant named "Mr. Cooper Group, Inc." as the defendant in this action; however, Mr. Cooper Group, Inc. is the parent company of the Nationstar Mortgage Holdings Inc. family, which includes Nationstar Mortgage LLC d/b/a Mr. Cooper, and has had no direct dealings or involvement with the loan at issue. Appellee assumes this is simply a misnomer and that Appellant intended to name "Nationstar Mortgage LLC d/b/a Mr. Cooper" as the Appellee.

1

1.  Nationstar Mortgage LLC ("Nationstar") is a Delaware Limited Liability Company.

2.  Nationstar is an indirect, wholly-owned subsidiary of a publicly-traded company, Mr. Cooper Group Inc. (formerly known as WMIH Corp.) ("Mr. Cooper"), a Delaware corporation.

3.  Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is a wholly-owned subsidiary of Mr. Cooper.

4.  More than 10% of the stock of Mr. Cooper is owned by BlackRock, Inc., a Delaware corporation, and certain of its affiliates.

Dated: April 12, 2022

Respectfully submitted,

/s/ Lyle D. Kossis

Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4703
F: (804) 698-2041
lkossis@mcguirewoods.com

*Counsel for Appellee Mr. Cooper Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

>Lori E. Terrell
>607 Ava Circle, N.E.
>Washington, D.C. 20017-2306

>/s/ Lyle D. Kossis
>Lyle D. Kossis
>
>*Counsel for Appellee Mr. Cooper Group, Inc.*