No. 22-7026

In the

# United States Court of Appeals for the District of Columbia Circuit

―――――――――

Lori E. Terrell,

*Plaintiff-Appellant,*

v.

Mr. Cooper Group, Inc.; Does (1-50),

*Defendants-Appellees.*

―――――――――

On Appeal from the United States District Court for the
District of Columbia
Hon. Colleen Kollar-Kotelly
Case No. 1:20-cv-00496-CKK

---

**Appellee Mr. Cooper Group, Inc.'s Certificate as to Parties, Rulings, and Related Cases**

In accordance with Circuit Rule 28(a)(1) and the Order issued by this Court on March 14, 2022, the undersigned, counsel of record for Appellee Mr. Cooper Group, Inc., hereby certifies as follows:

**A.      Parties and Amici**

The Appellant is Lori E. Terrell. The Appellees are Mr. Cooper Group, Inc. and Does (1-50). Below, Appellant named "Mr. Cooper Group, Inc." as the defendant in this action; however, Mr. Cooper Group, Inc. is the parent company of

1

the Nationstar Mortgage Holdings Inc. family, which includes Nationstar Mortgage LLC d/b/a Mr. Cooper, and has had no direct dealings or involvement with the loan at issue. Appellee assumes this is simply a misnomer and that Appellant intended to name "Nationstar Mortgage LLC d/b/a Mr. Cooper" as the Appellee. No intervenors or amici have appeared before the district court or in this Court.

### B.  Rulings under Review

Appellant seeks review of the district court's February 9, 2022 Minute Order (Hon. Colleen Kollar-Kotelly) denying Appellant's Motion to Vacate and the July 2, 2021 Order granting Appellee's Motion to Dismiss and dismissing without prejudice Appellant's Amended Complaint.

### C.  Related Cases

The case on review was not previously before this court or any other court. By way of further response Nationstar Mortgage LLC has been a party to the following cases in the Superior Court for the District of Columbia: (a) *Lori Terrell v. Bank of America Corporation, et al.*, Case No. 2016 CA 003890 B, (b) *Nationstar Mortgage LLC v. Terrell*, 2016 CA 002420 R(RP). In the case below, Appellant also made allegations relating to a case filed in the United States District Court for the District of Columbia. *See Lori E. Terrell v. McDonald's Corp., et al.*, Case No. 1:16-cv-00833-UNA.

Dated: April 12, 2022    Respectfully submitted,

/s/ Lyle D. Kossis

Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4703
F: (804) 698-2041
lkossis@mcguirewoods.com

*Counsel for Appellee Mr. Cooper Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

> Lori E. Terrell
> 607 Ava Circle, N.E.
> Washington, D.C. 20017-2306

> /s/ Lyle D. Kossis
> Lyle D. Kossis
>
> *Counsel for Appellee Mr. Cooper Group, Inc.*